Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-214

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** D100196 Snack Bar Menu

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 19, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Maria Hayden
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Rights and Permissions

**Organization Name:** Art Licensing International Inc
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** July 21, 2025
**Applicant's Tracking Number:** MH2025072108



# SNACK BAR
## Menu



**POPCORN**



**HOT DOGS**



**ICE CREAM**



**SODA POP**



**C A N D Y**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-224**

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title
_____

**Title of Work:** D100150 Moms Diner Retro Pink

## Completion/Publication
_____

**Year of Completion:** 2010
**Date of 1st Publication:** April 01, 2010
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Maria Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Rights and Permissions
_____

**Organization Name:** Art Licensing International Inc
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification
_____

**Name:** David Denholm
**Date:** July 21, 2025
**Applicant's Tracking Number:** MH2025072106



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-201

**Effective Date of Registration:**
July 22, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** D100003 Eat More Ice Cream

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 05, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Maria Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Rights and Permissions

**Organization Name:** Art Licensing International Inc
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** July 22, 2025
**Applicant's Tracking Number:** MH2025072101



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-197

**Effective Date of Registration:**
July 22, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | D100207 Tiki Bar Wide |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | July 24, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Maria Hayden |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Maria Hayden |
|  | 21 E. Otterson Street, Nashua, NH, 3060, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Art Licensing International Inc |
| **Name:** | Jack Appelman |
| **Address:** | PO BOX 2568 |
|  | Manchester Center, VT 5255 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 22, 2025 |
| **Applicant's Tracking Number:** | MH2025072109 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-222**

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:**   D100226 Coffee Get More Out Of Life Vertical

## Completion/Publication

**Year of Completion:**   2011
**Date of 1st Publication:**   May 01, 2011
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Maria Hayden
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Rights and Permissions

**Organization Name:**   Art Licensing International Inc
**Name:**   Jack Appelman
**Address:**   PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:**   David Denholm
**Date:**   July 21, 2025
**Applicant's Tracking Number:**   MH2025072113



GET MORE OUT OF LIFE
with Coffee
America's Favorite Drink!

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-219

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** D100181 Welcome Guests Bring Happiness

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 03, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Maria Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Limitation of copyright claim

**Material excluded from this claim:** Lady figure

**New material included in claim:** artistic arrangement, composition, backgound and filter

## Rights and Permissions

**Organization Name:** Art Licensing International Inc
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** July 21, 2025
**Applicant's Tracking Number:** MH2025072107



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-204

**Effective Date of Registration:**
July 22, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** D100750 - Dads Garage Vert

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 05, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Maria Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Rights and Permissions

**Organization Name:** Art Licensing International Inc
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** July 22, 2025
**Applicant's Tracking Number:** MH2025072118

Case: 1:26-cv-30652 Document #: 1-1 Filed: 01/21/26 Page 22 of 28 PageID #:30



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-216

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** D100222 Pizza Pies

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 10, 2011
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Maria Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Rights and Permissions

**Organization Name:** Art Licensing International Inc
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** July 21, 2025
**Applicant's Tracking Number:** MH2025072112



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-212**

**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** D100208 Popcorn Vertical With Stripes

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 04, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Maria Hayden
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Maria Hayden
21 E. Otterson Street, Nashua, NH, 3060, United States

## Rights and Permissions

**Organization Name:** Art Licensing International Inc
**Name:** Jack Appelman
**Address:** PO BOX 2568
Manchester Center, VT 5255 United States

## Certification

**Name:** David Denholm
**Date:** July 21, 2025
**Applicant's Tracking Number:** MH2025072110

