**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA HAYDEN,

    Plaintiff,                                                Case No.: 1:26-cv-00652

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | xiamenshanyimaoyiyouxiangongsi |
| 2 | 柜贤子塑品 |
| 3 | mengchengxianwangyihuajiatingnong |
| 4 | minquanlaoyanjixiangzhangbiaojiatingnongchang |
| 5 | xinxiangshipanpanshangmao |
| 6 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 7 | 衡阳茜勿商贸有限公司 |
| 8 | 室厨垫品 |
| 9 | bozhoushiqiaochengqudongzhaohuashui |
| 10 | henanmingzhongjianshegongchengyouxiangongsi |
| 11 | 群户外用品店 |
| 12 | uwya |
| 13 | 济南华春茂服装商贸有限公司 |
| 14 | QuJingJunQiuShangMao |
| 15 | YunNanZiBin |
| 16 | minjjsin |
| 17 | LLIANHH |
| 18 | GuangZhouSaDongShangMao188 |
| 19 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 20 | 淮音商贸行 |
| 21 | xinxiangshiweibinqutengdazaishengziyuanhuisho |
| 22 | WangHu2025 |
| 23 | zhoukouguixinshangmaoyouxiangongsi |

| | |
|---|---|
| 24 | luoheminfushangmaoyou |
| 25 | rongjietigen |
| 26 | luoyangshipengwudaoluyunshu |
| 27 | 义乌市棱茊电子商务有限公司 |
| 28 | HuiChengChongShangMaoFuZhuangDian |
| 29 | kaifengshixiangfuquchengxuannong |
| 30 | Yangyang999 |
| 31 | quueni |
| 32 | 杯架数显 |
| 33 | jiannmn |
| 34 | 户外辉手电品 |
| 35 | dongguanshijinhonggongyipin |
| 36 | LiBenHong74 |
| 37 | yangzhixiongdnsainfiafsmnaiawmsaofdi |
| 38 | ddhj |
| 39 | eurn |
| 40 | caoxiansancaigongyipinyou |
| 41 | LiAn GZiHao |
| 42 | GUANGFFT |
| 43 | lvyehong888 |
| 44 | ningboxinrongmaoyiyouxiangongsi |
| 45 | JJIWE |
| 46 | YangBorq |
| 47 | ZhuZhouHuanMiaoShangMaoYouXianGongSi |
| 48 | KaiWeiJianZhuGongChengChang |
| 49 | hongfajiadian |
| 50 | DaoMingJianShenFuWu |
| 51 | ZhuZhouLeiLiHuaMaoYiYouXianGongSi |
| 52 | owle dinner |
| 53 | difeijiashengtaihuanjingkeji |
| 54 | changshajiakekejiyouxiangongsi |
| 55 | anhuifuyueshangmaoyouxia |
| 56 | taihexianbaochuanmingnongyejiating |
| 57 | dongmingxiyuanduoshangmao |
| 58 | YangJiangShiQianJinMaoYiYouXianGongSi |
| 59 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 60 | xiaoweiss |
| 61 | weiminghuanbaofuwu |
| 62 | dengzhoushizhuokangshangmao |
| 63 | NENAWOS |

| 64 | ChangShaJuBaiYeMaoYiYouXianGongSi |
|---|---|
| 65 | YaoAnXiaoCuanShangMaoYouXianGongSi |
| 66 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 67 | 车贤饰内店 |
| 68 | Tie Fa Shi Ye |
| 69 | 户外健工具店 |
| 70 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 71 | shanxijinjiachengshengnengyuankeji |
| 72 | DingYuTing |
| 73 | wenxixianqinshiyangzhizhuanyehezuoshe |
| 74 | aigjinu |
| 75 | FIYY |
| 76 | HanXiaoPeng2025 |
| 77 | guangdongchuanglianxinghexinxikeji |
| 78 | HOULIJUANA |
| 79 | honghesanyuqichexiaoshoufuwu |
| 80 | LiQiXia55 |
| 81 | hengtaihengbeijingjiudianguan |
| 82 | Linyi Bangman Trading Co., Ltd |
| 83 | LONAZ |
| 84 | 童画熊文具有限公司 |
| 85 | luoyanghuajunjianzhugongcheng |
| 86 | yongxhdh |
| 87 | jieshoushishuobojiating |
| 88 | mengchengxianziyangjienengdengxiao |
| 89 | HaoXinShuiChan |
| 90 | puyangshihengwenhuachuanmei |
| 91 | jiangsushenglongshiyeyou |
| 92 | bozhoushixingyuelianhejianzhugong |
| 93 | wuyangxiankeliyashangmao |
| 94 | henanjiehaiyanchuyouxian |
| 95 | SanHeShiJunHuiShangMaoYouXianGongSi |
| 96 | zzhfias |
| 97 | anhuishengrongrenshicaiyouxiangongsi |
| 98 | llxik |
| 99 | saunx |
| 100 | zhongxiangshigongganyandianzishangwuyouxiangongsi |
| 101 | ywyxgs |
| 102 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 103 | 室外顶线科技 |

| | |
|---|---|
| 104 | ChenMei46 |
| 105 | shanxijinyujiansheyouxian |
| 106 | wulishfashfuasfs |
| 107 | Putianshidipeimaoyiyouxiangongsi |
| 108 | yurn |
| 109 | BangYiFangDiChanJingJi |
| 110 | zhangJunminXXC |
| 111 | haoth |
| 112 | ykcuh |
| 113 | xingguoxianxiangrennongzijingyingbu |
| 114 | GUOZH |
| 115 | shanghailubaogongchengshigong |
| 116 | henanhongyangzhuangshisheji |
| 117 | kaifengshiliuchuanningxuqin |
| 118 | qiuuuh |
| 119 | ShengZeJianZhu |
| 120 | xiangyangshiyouyuxiushangmaoyouxiangongsi |
| 121 | 粘贴萌宠贸易 |
| 122 | LeiYiBaiHuoShangMaoDian |
| 123 | goiip |
| 124 | GuangZhouYiWuShangMao |
| 125 | 金华市淑徵服饰有限公司 |
| 126 | taizhoushihongguanfushiyouxian |
| 127 | limnnn |
| 128 | WangBin75 |
| 129 | wngob |
| 130 | milemaozhengwangluokejiyouxiangongsi |
| 131 | 贫铭商贸 |
| 132 | 义乌市腾劭商贸有限公司 |
| 133 | baofengxiantengdazhuangshigongcheng |
| 134 | Hsq06 |
| 135 | shenzhenshidepuhuikejiyou |
| 136 | suzhoushifuyuecaifangzhi |
| 137 | hainanzhishoulaowufuwuyouxian |
| 138 | anshiqijunguanggaobiaoshizhizuoy |
| 139 | 时代童具商品 |
| 140 | anyangyongzhengshangmaoyouxiangongsi |
| 141 | LianGuangWuZiXiaoShou |
| 142 | HeFeiLeiXiangShangMaoYouXianGongSi |

4

| | |
|---|---|
| 143 | jinchengshihongyuanjienenghuanbaokejiyouxiangongsi |
| 144 | shandonglieweijiaoyuzixunyouxiangongsi |
| 145 | heyuanzhangmaifuzhuang |
| 146 | guangzhoutuanpeidianzishangwushanggerenduzi |
| 147 | taiyuanshibaoshiyanjingdian |
| 148 | guangzhoufanmingfuzhuangyouxiangongsi |
| 149 | yangxianyoushanzhongzhijiatingnongchang |
| 150 | shanxihongyanghaochengjianzhugongchengyouxiangongsi |
| 151 | JiNanJinYaoShangMaoXiaoShouYouXianGongSi |
| 152 | deyangzhiguangshanxi |
| 153 | pingdingshanshixinyadianzixinxijishuyouxiangongsi |
| 154 | ZhuZhouXieSuShangMaoYouXianGongSi |
| 155 | mengchengxianxiuchengyangzhijiat |
| 156 | 瀚立门帽挂件 |
| 157 | 扭腰裤服饰百货 |
| 158 | bofangyike |
| 159 | ZhengZhouXunXinHuaZhuangPin |
| 160 | Zhoukou Pingka Trading Co., Ltd |
| 161 | ZiYingFanShan |
| 162 | KaiXiuJianZhuGongCheng |
| 163 | zhoukouchangshengshangmaoyouxiangongsi |
| 164 | xuchanghongxuanzhuangshigongchengyouxiangongsi |
| 165 | ZhuJiaPing11 |
| 166 | shanxicaocaoqichefuwuyouxian |
| 167 | 宜昌市夷陵区增贵文具店(个人独资) |
| 168 | ZHOUQIANMAIYIFU |
| 169 | Pengqing |
| 170 | longlinkejifuwu |
| 171 | futingjie123 |
| 172 | ZhongShenJianZhuKeJi |
| 173 | jajisne |
| 174 | jianhua8990 |
| 175 | siyunsu |
| 176 | Jin Heng Shang Mao |
| 177 | TangYinXianZhongXinQiCheZuLinFuWu |
| 178 | linquanwanchangwangluokeji |
| 179 | nanfuwangluokeji |
| 180 | zzfgn |
| 181 | chenzhoushibeihuqumanying |
| 182 | XiongAnYouZhengShangMao |

| | |
|---|---|
| 183 | TIE-DailyNec |
| 184 | yyyiubv |
| 185 | SuLianShangMao126 |
| 186 | DaFengXinXingJianCai |
| 187 | Always the 1st Choice |
| 188 | shanxihaohaoyiyishangmaoyouxiangongsihua |
| 189 | YuZhouShiWeiXuShangMaoYouXianGongSi |
| 190 | AnZhenJianZhuGongCheng |
| 191 | HengYangXianZhaoWanShangMaoYouXianGong |
| 192 | SwanLace |
| 193 | Din Din Store |
| 194 | Dongyang shi Yunuo Trade Company |
| 195 | qibau |
| 196 | 洪宇小店 |
| 197 | Godhere |
| 198 | MUCHENGGIFT Gifts LTD |
| 199 | Liu Dongjie |
| 200 | GoodlW |
| 201 | yangbailiangshangmao |
| 202 | asafafdsgs |
| 203 | XfLk2247 |
| 204 | Wei Jishuang |
| 205 | WoZjj |
| 206 | XinShaoXianAnQingShangMao |
| 207 | Dingleiever |
| 208 | SilverChime |